Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

Ashley Keller *(pro hac vice forthcoming)*
  ack@kellerlenkner.com
Travis Lenkner *(pro hac vice forthcoming)*
  tdl@kellerlenkner.com
Marquel Reddish *(pro hac vice forthcoming)*
  mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEVAN COSTA and AHMED WADSWORTH, <br><br> *Plaintiffs,* <br><br> vs. <br><br> POSTMATES INC. <br><br> *Defendant.* | Case No. 3:19-cv-03046 <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFFS PER LOCAL RULE 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 3, 2019                    Respectfully submitted,

/s/ Keith A. Custis
Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California  90067
(213) 863-4276

Ashley Keller (*pro hac vice forthcoming*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice forthcoming*)
  tdl@kellerlenkner.com
Marquel Reddish (*pro hac vice forthcoming*)
  mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

*Attorneys for Plaintiffs*

CERTIFICATION OF INTERESTED PARTIES
CASE NO. 3:19-cv-03046

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I shall cause the foregoing document to be served on Postmates Inc. at its headquarters at 201 Third Street, Suite 200, San Francisco, California 94103.

Dated: June 3, 2019                     /s/ Keith A. Custis