Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California  90067
(213) 863-4276

Ashley Keller (*pro hac vice forthcoming*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice forthcoming*)
  tdl@kellerlenkner. com
Marquel Reddish (*pro hac vice forthcoming*)
  mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
Tel: (312) 741-5220

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEVAN COSTA and AHMED WADSWORTH, <br><br> *Plaintiffs,* <br><br> vs. <br><br> POSTMATES INC. <br><br> *Defendant.* | Case No. 3:19-cv-03046 <br><br> **DECLARATION OF ASHLEY KELLER** <br><br> **Date**:  July 8, 2019 <br> **Time**:  9:30 a.m. |

**DECLARATION OF ASHLEY KELLER**

I, Ashley Keller, declare:

1. I have personal knowledge of these facts and would testify to them.

2. I am over 18 years of age.

3. I am a partner at Keller Lenkner LLC, counsel representing Plaintiffs Devan Costa and Ahmed Wadsworth in this case.

4. Attached to this declaration are true and correct copies of the following documents, identified by their exhibit letter.

| Ex. No. | Description |
|---|---|
| A | Archived homepages of the Postmates website on June 3, 2013 and Jan. 28, 2015, *available at* https://web.archive.org/web/20130603212751/https://www.postmates.com/ and https://web.archive.org/web/20150128011443/https://postmates.com/ (last accessed on May 30, 2019) |
| B | Help Section of the Postmates App titled "How do I use Postmates?" (last accessed on May 30, 2019) |
| C | Fleet Help page of the Postmates website titled "Accepting and completing deliveries," *available at* https://support.postmates.com/fleet/articles/220058207-article-Accepting-and-completing-deliveries (last accessed on May 30, 2019) |
| D | Press & Media page of the Postmates website, *available at* https://postmates.com/press-and-media (last accessed on May 30, 2019) |
| E | September 18, 2018 blog post by Bastian Lehmann, Co-founder and CEO of Postmates titled "Major Funding & Growth Milestone Puts Postmates on New Trajectory," *available at* https://blog.postmates.com/major-funding-growth-milestone-puts-postmates-on-new-trajectory-8d1bfa6922ba?gi=2736620f713d (last access on May 30, 2019) |

| Ex. No. | Description |
|---|---|
| F | 2018 Postmates Economic Impact Report: How On-Demand Technologies are Fueling the Future of Retail & Commerce in Cities, *available at* https://postmates.com/EconomicImpactReport.pdf (last accessed on May 30, 2019) |
| G | April 9, 2019 Adweek article titled "Postmates' New AOR Aims to Separate the Brand From 'Food Porn'" (last accessed on May 30, 2019) |
| H | January 24, 2018 Postmates press release titled "We Get It: Postmates Launches First 360 Brand Campaign," *available at* https://postmates.com/static/pdf/We-Get-It-Press-Release.e24fd6fae712.pdf (last accessed on May 30, 2019) |
| I | Apple App Store Preview page for the Postmates App, *available at* https://itunes.apple.com/us/app/postmates-food-delivery/id512393983?mt=8 (last accessed on May 30, 2019) |
| J | Google Play App Store Preview page for the Postmates App, *available at* https://play.google.com/store/apps/details?id=com.postmates.android&hl=en_US (last accessed on May 30, 2019) |
| K | September 18, 2018 Postmates press release titled "Postmates Secures $300M in Venture Funding Led by Tiger Global Management and Announces Record-Breaking Year of Growth, Accelerating Position as the On-Demand Industry Leader," *available at* https://www.prnewswire.com/news-releases/postmates-secures-300m-in-venture-funding-led-by-tiger-global-management-and-announces-record-breaking-year-of-growth-accelerating-position-as-the-on-demand-industry-leader-300714344.html (last accessed on May 30, 2019) |
| L | December 13, 2018 Postmates press release titled "Postmates Unveils Latest Addition to Its Fleet: Meet Serve – The Autonomous Delivery Rover," *available at* https://postmates.com/press-releases/postmates-serve.pdf (last accessed on May 30, 2019) |
| M | April 3, 2019 Postmates Fleet Agreement |
| N | August 5, 2018 Bloomberg article titled "Gig Firms Ask California to Rescue Them From Court Ruling," *available at* https://www.bloomberg.com/news/articles/2018-08-05/gig-firms-ask-california-dems-to-rescue-them-from-court-ruling (last accessed |

| Ex. No. | Description |
|---|---|
| | on May 31, 2019) |

I affirm that the foregoing is true under penalty of perjury under the laws of the United States.

Signed on June 3, 2019 in Chicago, Illinois

/s/ Ashley Keller
Ashley Keller

**CERTIFICATE OF SERVICE**

    I certify that I shall cause the foregoing document to be served on Postmates Inc. at its headquarters at 201 Third Street, Suite 200, San Francisco, California 94103.

Dated: June 3, 2019                                /s/ Keith A. Custis