Keith A. Custis (#218818)
   kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
(213) 863-4276

Ashley Keller *(pro hac vice forthcoming)*
   ack@kellerlenkner.com
Travis Lenkner *(pro hac vice forthcoming)*
   tdl@kellerlenkner.com
Marquel Reddish *(pro hac vice forthcoming)*
   mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEVAN COSTA and AHMED WADSWORTH, | Case No. 3:19-cv-03046 |
| *Plaintiffs,* | **DECLARATION OF DEVAN COSTA** |
| vs. | Date:   July 8, 2019<br>Time:  9:30 a.m. |
| POSTMATES INC. | |
| *Defendant.* | |

DocuSign Envelope ID: 2C06078B-17DF-4877-BC6C-AFB20296E6FF

I, Devan Costa, declare as follows:

1. I am over the age of 18.

2. I live and work in Los Angeles, California.

3. I am a plaintiff in the above-captioned case.

4. I worked as a courier for Postmates from August 2017 through April 2019.

5. When I signed up to be a courier, I had to sign a contract that Postmates provided me.

6. Periodically, Postmates would issue a new contract that I was required to sign to continue working.

7. I worked an average of 40 to 55 hours per week as a Postmates courier.

8. On numerous occasions, I performed courier services for seven consecutive days in a workweek for Postmates.

9. I have never formed a corporation, LLC, or other business entity of any kind.

10. I have never obtained any license, certification, or permit related to working as a courier (other than my driver's license).

11. I have never independently placed an advertisement to obtain work as a courier.

12. When I worked as a Postmates courier, Postmates sent me delivery requests through the Postmates Fleet App.  After receiving an order on the App, I picked up the order from the merchant and delivered it to the Postmates customer on behalf of Postmates.

13. Customers did not pay me directly.  Customers paid for the order and the delivery service through the Postmates App.

14. Postmates then paid me for each delivery that I completed on its behalf.

15. Postmates did not guarantee me a minimum hourly wage.

16. Postmates did not pay me more than its standard pay for each delivery when I worked more than 40 hours in a week, more than eight hours in a day, or seven consecutive days in a workweek.

DECLARATION OF DEVAN COSTA
CASE NO. 3:19-cv-03046

1  I affirm that the foregoing is true under penalty of perjury under the laws of the United
2  States.
3
4  Signed on  6/2/2019  in  Dallas  ,  Texas  .

DocuSigned by:

*Devan Costa*

15A79B050219486

Devan Costa

**CERTIFICATE OF SERVICE**

I certify that I shall cause the foregoing document to be served on Postmates Inc. at its headquarters at 201 Third Street, Suite 200, San Francisco, California 94103.

Dated: June 3, 2019                             /s/ Keith A. Custis

DECLARATION OF DEVAN COSTA
CASE NO. 3:19-cv-03046