DocuSign Envelope ID: 86CFA0E2-921C-4F60-B4FD-D07B4F2F1839

Keith A. Custis (#218818)
   kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California  90067
(213) 863-4276

Ashley Keller *(pro hac vice forthcoming)*
   ack@kellerlenkner.com
Travis Lenkner *(pro hac vice forthcoming)*
   tdl@kellerlenkner.com
Marquel Reddish *(pro hac vice forthcoming)*
   mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
(312) 741-5220

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEVAN COSTA and AHMED WADSWORTH, <br><br> *Plaintiffs,* <br><br> vs. <br><br> POSTMATES INC. <br><br> *Defendant.* | Case No. 3:19-cv-03046 <br><br> **DECLARATION OF AHMED WADSWORTH** <br><br> Date:    July 8, 2019 <br> Time:   9:30 a.m. |

DECLARATION OF AHMED WADSWORTH
CASE NO. 3:19-cv-03046

I, Ahmed Wadsworth, declare as follows:

1. I am over the age of 18.

2. I live and work in Los Angeles, California.

3. I am a plaintiff in the above-captioned case.

4. I started working as a courier for Postmates around June 2016.

5. I still work as a courier for Postmates.

6. When I signed up to be a courier, I had to sign a contract that Postmates provided me.

7. Periodically, Postmates would issue a new contract that I was required to sign to continue working.

8. I typically work an average of 50 to 55 hours per week for Postmates.

9. On numerous occasions, I performed courier services for seven consecutive days in a workweek for Postmates.

10. I have never formed a corporation, LLC, or other business entity of any kind in relation to courier services.

11. I have never obtained any license, certification, or permit related to working as a courier (other than my driver's license).

12. I have never independently placed an advertisement to obtain work as a courier.

13. While working as a Postmates courier, Postmates sent me delivery requests through the Postmates Fleet App. After receiving an order on the App, I picked up the order from the merchant and delivered it to the Postmates customer on behalf of Postmates.

14. Customers did not pay me directly. Customers paid for the order and the delivery service through the Postmates App.

15. Postmates then paid me for each delivery that I completed on its behalf.

16. Postmates did not guarantee me a minimum hourly wage.

DECLARATION OF AHMED WADSWORTH
CASE NO. 3:19-cv-03046

17. Postmates did not pay me more than its standard pay for each delivery when I worked more than 40 hours in a week, more than eight hours in a day, or seven consecutive days in a workweek.

I affirm that the foregoing is true under penalty of perjury under the laws of the United States.

Signed on  6/3/2019  in  Los Angeles , CA .

*[DocuSigned by: DE907374DAC6451...]*

Ahmed Wadsworth

---

DECLARATION OF AHMED WADSWORTH
CASE NO. 3:19-cv-03046

**CERTIFICATE OF SERVICE**

I certify that I shall cause the foregoing document to be served on Postmates Inc. at its headquarters at 201 Third Street, Suite 200, San Francisco, California 94103.

Dated: June 3, 2019                              /s/ Keith A. Custis