1  THEANE EVANGELIS, SBN 243570
     tevangelis@gibsondunn.com
2  DHANANJAY S. MANTHRIPRAGADA, SBN 254433
     dmanthripragada@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
4    Los Angeles, CA 90071-3197
     Telephone: 213.229.7000
5    Facsimile: 213.229.7520

6  MICHELE L. MARYOTT, SBN 191993
     mmaryott@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
   3161 Michelson Drive
8  Irvine, CA 92612-4412
   Telephone:   949.451.3800
9  Facsimile:   949.451.4220

10 Attorneys for POSTMATES INC.

11 KEITH A. CUSTIS (#218818)
     kcustis@custislawpc.com
12 CUSTIS LAW, P.C.
   1875 Century Park East, Suite 700
13 Los Angeles, California 90067
   (213) 863-4276
14
   ASHLEY KELLER (*pro hac vice*)
15   ack@kellerlenkner.com
   TRAVIS LENKNER (*pro hac vice*)
16   tdl@kellerlenkner.com
   MARQUEL REDDISH (*pro hac vice*)
17   mpr@kellerlenkner.com
   KELLER LENKNER LLC
18 150 N. Riverside Plaza, Suite 4270
   Chicago, Illinois 60606
19 (312) 741-5220

20 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVAN COSTA and AHMED WADSWORTH,<br><br>            Plaintiffs,<br><br>     v.<br><br>POSTMATES INC.,<br><br>            Defendant. | CASE NO. 3:19-cv-03046-JST<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO VACATE HEARING DATE AND STAY BRIEFING SCHEDULE**<br><br>Judge: Hon. Jon S. Tigar<br>Reserved Hearing Date: July 11, 2019<br>Action Filed: June 3, 2019<br>Trial Date: None Set |

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED:**

1. The July 11, 2019 hearing on Plaintiffs' Motion for Partial Summary Judgment is vacated without prejudice, and Plaintiff may renotice its Motion for Partial Summary Judgment upon the Court's denial of Postmates' Motion to Compel Arbitration and Stay Civil Proceedings (if such a denial occurs);

2. The deadline for Postmates to file an opposition to Plaintiffs' Motion for Partial Summary Judgment shall be 14 days following the date on which Plaintiffs renotice their Motion for Partial Summary Judgment pursuant to Paragraph 1;

3. The deadline for Plaintiffs to file a reply in support of their Motion for Partial Summary Judgment shall be 7 days following the date of Postmates' filing of an opposition thereto.

4. Both parties reserve all rights to oppose or support their respective Motions, and to seek any other appropriate relief.

Dated: _____June 17_____, 2019

_____
Honorable Jon S. Tigar