| | |
|---|---|
| Ashley Keller (*pro hac vice*)<br>  ack@kellerlenkner.com<br>Travis Lenkner (*pro hac vice*)<br>  tdl@kellerlenkner.com<br>Marquel Reddish (*pro hac vice*)<br>  mpr@kellerlenkner.com<br>KELLER LENKNER LLC<br>150 N. Riverside Plaza, Suite 4270<br>Chicago, Illinois 60606<br>(312) 741-5220 | Theane Evangelis (#243570)<br>  tevangelis@gibsondunn.com<br>Dhananjay S. Manthripragada (#254433)<br>  dmanthripragada@gibsondunn.com<br>GIBSON DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520 |
| Warren Postman (*pro hac vice*)<br>  wdp@kellerlenkner.com<br>KELLER LENKNER LLC<br>1300 I Street, N.W., Suite 400E<br>Washington, D.C. 20005<br>(202) 749-8334 | Michele L. Maryott (#191993)<br>  mmaryott@gibsondunn.com<br>GIBSON DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>(949) 451-3800 |
| Keith A. Custis (#218818)<br>  kcustis@custislawpc.com<br>CUSTIS LAW, P.C.<br>1875 Century Park East, Suite 700<br>Los Angeles, California 90067<br>(213) 863-4276 | *Attorneys for Defendant* |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DEVAN COSTA and AHMED WADSWORTH<br><br>       *Plaintiffs*,<br><br>  vs.<br><br>POSTMATES INC.,<br><br>       *Defendant*. | Case No. 4:19-cv-03046-JST<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES**<br><br>*[Proposed] Order Filed Concurrently Herewith* |

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES
CASE NO. 4:19-cv-03046-JST

**JOINT STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, and subject to the Court's approval, Plaintiffs Devan Costa and Ahmed Wadsworth (collectively, "Plaintiffs") and Defendant Postmates Inc. ("Postmates"), through their respective attorneys, stipulate as follows:

WHEREAS, on September 27, 2019, Postmates filed a Notice of Settlement informing this Court and Plaintiffs of the proposed class action settlement in *Rimler v. Postmates*, No. CGC-18-567868 (S.F. Super. Ct.). *See* Notice of Settlement, Dkt. No. 38;

WHEREAS, on October 4, 2019, "in light of [Postmates's] notice of settlement," this Court scheduled a case management conference for November 12, 2019 and ordered the parties to submit a joint case management statement on or before November 5, 2019. *See* Minute Order (Oct. 4, 2019).

WHEREAS, the California Superior Court recently rescheduled its hearing on the plaintiffs' motion for preliminary settlement approval in *Rimler*, from October 23, 2019 to November 22, 2019;

WHEREAS, counsel for Plaintiffs and Postmates agree that continuing the case management conference in this case until after the hearing on preliminary settlement approval in *Rimler* will allow the parties to more concretely explain to this Court what impact, if any, the *Rimler* settlement might have on this case.

WHEREAS, this Court previously (i) continued the deadline for the parties to submit a joint case management statement from September 9, 2019 to November 19, 2019, and (ii) continued the case management conference from September 16, 2019 to November 26, 2019. *See* Order Continuing Case Management Conference, Dkt. No. 37.

NOW, THEREFORE, IT IS AGREED:

1. The deadline for the parties to submit a joint case management statement is continued from November 5, 2019 to December 10, 2019; and

2. The case management conference is continued from November 12, 2019 to December 17, 2019.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: November 5, 2019 | Respectfully submitted, |
| 2 | /s/ *Ashley Keller* | /s/ *Theane Evangelis* |
| 3 | Ashley Keller (*pro hac vice*)<br>  ack@kellerlenkner.com | Theane Evangelis (#243570)<br>  tevangelis@gibsondunn.com |
| 4 | KELLER LENKNER LLC<br>150 N. Riverside Plaza, Suite 4270 | GIBSON DUNN & CRUTCHER LLP<br>333 South Grand Avenue |
| 5 | Chicago, Illinois 60606<br>(312) 741-5220 | Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520 |

**DECLARATION OF FILER PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: November 5, 2019                    /s/ *Ashley Keller*