UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEVAN COSTA, ET AL.,

    Plaintiffs,

v.

POSTMATES INC.,

    Defendant.

Case No. 19-cv-03046-JST

**ORDER RE PLAINTIFFS' PROPOSED MOTION FOR RECONSIDERATION**

Re: ECF No. 45

The Plaintiffs' request for leave a file a motion for reconsideration of the Court's prior order compelling arbitration, based on Defendant Postmates, Inc.'s participation in *Rimler v. Postmates*, No. CGC-18-567868 (S.F. Super. Ct.), ECF No. 45, is granted. By February 24, 2020, the parties are ordered jointly to file either a stipulated proposed briefing schedule or competing proposed briefing schedules. The deadline for the filing of the opening brief shall be selected by Plaintiffs. The opening and opposition briefs shall not exceed 15 pages and the reply brief shall not exceed 9 pages.

The case management conference currently scheduled for February 25, 2020 is continued to May 26, 2020 at 2:00 p.m. An updated joint case management statement is due May 19, 2020.

**IT IS SO ORDERED.**

Dated: February 20, 2020

                                        JON S. TIGAR
                                United States District Judge