THEANE EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
   dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

MICHELE L. MARYOTT, SBN 191993
   mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
Facsimile:  949.451.4220

Attorneys for Defendant POSTMATES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEVAN COSTA and AHMED WADSWORTH,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>POSTMATES INC.,<br><br>　　　　　　Defendant. | CASE NO. 4:19-cv-03046-JST<br><br>**NOTICE OF APPEARANCE BY MICHELE L. MARYOTT**<br><br>Judge:　　　Hon. Jon S. Tigar |

Gibson, Dunn &
Crutcher LLP

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that attorney Michele L. Maryott of Gibson, Dunn & Crutcher LLP,

3   a member of the State Bar of California (SBN 191993) and admitted to practice in this Court, and

4   whose contact information appears below, hereby enters an appearance as an additional attorney of

5   record for Defendant POSTMATES INC. in the above-captioned case.

6       Michele L. Maryott (SBN 191993)
    mmaryott@gibsondunn.com

7       Gibson, Dunn & Crutcher LLP
    3161 Michelson Drive

8       Irvine, CA 92612

9   Dated: March 30, 2020

10                                  GIBSON, DUNN & CRUTCHER LLP

11                                  By:   */s/ Michele L. Maryott*
                                        Michele L. Maryott

12

13                                  Attorneys for Defendant POSTMATES INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

NOTICE OF APPEARANCE BY MICHELE L. MARYOTT – CASE NO. 3:19-CV-03046-JST