United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEVAN COSTA, et al.,

                Plaintiffs,

      v.

POSTMATES INC.,

                Defendant.

Case No. 19-cv-03046-JST

**ORDER VACATING HEARING**

Re: ECF No. 49

Before the Court is Plaintiffs' motion for reconsideration regarding motion to compel arbitration and stay civil proceedings. ECF No. 49. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for May 6, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: April 29, 2020

_____
JON S. TIGAR
United States District Judge