Ashley Keller (*pro hac vice*)
  ack@kellerlenkner.com
Travis Lenkner (*pro hac vice*)
  tdl@kellerlenkner.com
Marquel Reddish (*pro hac vice*)
  mpr@kellerlenkener.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
312.741.5220

Warren Postman (*pro hac vice*)
  wdp@kellerlenkner.com
KELLER LENKNER LLC
1300 I Street, N.W., Suite 400E
Washington, D.C. 20005
202.749.8334

Keith A. Custis (#218818)
  kcustis@custislawpc.com
CUSTIS LAW, P.C.
1875 Century Park East, Suite 700
Los Angeles, California 90067
213.863.4276

*Attorneys for Plaintiffs*

Theane Evangelis, (#243570)
  tevangelis@gibsondunn.com
Dhananjay S. Manthripragada, (#254433)
  dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Michele L. Maryott, (#191993)
  mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DEVAN COSTA and AHMED WADSWORTH,<br><br>Plaintiffs,<br><br>v.<br><br>POSTMATES INC.,<br><br>Defendant. | CASE NO. 4:19-cv-03046-JST<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**Conference**:<br>Date:	November 3, 2020<br>Time:	2:00 p.m.<br>Judge:	Hon. Jon S. Tigar |

The parties to the above-titled action submit this Joint Case Management Statement pursuant to the Court's order.  Dkt. 65.

Plaintiffs filed this action on June 3, 2019.  Dkt. 1.  Postmates filed a motion to compel arbitration of Plaintiffs' claims on June 13, 2019.  Dkt. 23.  Postmates' motion was fully briefed.  Dkt. Nos. 23, 30, 36.  On September 9, 2019, the parties stipulated to continue all case management deadlines, including the initial case management conference, in light of Postmates' motion to compel

arbitration. Dkt. 36. The Court entered the parties' stipulated proposed order continuing the initial case management conference on September 12, 2019. Dkt. 37. It reset the initial case management conference for November 26, 2019. *Id.*

On September 27, 2019, Postmates promptly filed a Notice of Settlement informing the Court and Plaintiffs of its participation in the proposed class action settlement in *Rimler* and requested a status conference so that Postmates could update the Court on the settlement. Dkt. 38.

On October 3, 2019, the Court granted Postmates' motion to compel arbitration and stay litigation. Dkt. 39. But "in light of [Postmates'] notice of settlement," the Court vacated its order granting Postmates' motion to compel arbitration and scheduled a case management conference for November 12, 2019, and ordered the parties to submit a joint case management statement on or before November 5, 2019. Dkt. 40. After the *Rimler* Court continued its hearing on the *Rimler* plaintiffs' motion for preliminary approval of the settlement to November 22, 2019, the parties stipulated to continue the case management conference "until after the hearing on preliminary settlement approval in *Rimler*" to "allow the parties to more concretely explain to this Court what impact, if any, the *Rimler* settlement might have on this case." Dkt. 41. The Court then continued the case management conference to December 17, 2019, and ordered the parties to submit a joint case management statement on or before December 10, 2019. Dkt. 42. On November 26, 2019, the *Rimler* court continued its hearing on the motion for preliminary approval to January 31, 2020, and ordered supplemental briefing.

On December 10, the parties submitted a joint case management statement. Dkt. 43. Plaintiffs requested that the Court order supplemental briefing on Postmates' motion to compel arbitration. *Id.* at 3. Specifically, Plaintiffs sought leave to brief whether Postmates' participation in the *Rimler* settlement constitutes a material breach of its arbitration agreements with Plaintiffs, such that Plaintiffs should be permitted to pursue their claims in court. *Id.* Postmates requested that the Court continue the case management conference until February 2020, after the preliminary approval hearing in *Rimler*, so that the parties could more concretely update the Court on the status of the settlement and its impact on this matter. *Id.* at 4. Postmates also explained that continuing the case management conference would conserve the parties' and the Court's resources until after the January 31, 2020 hearing. *Id.*

On December 15, 2019, the Court granted Postmates' request to continue the case management conference to February 25, 2020, and ordered the parties to submit a case management statement by February 18, 2020. Dkt. 44. The Court also stated that it "expresses no view regarding the merits of Plaintiffs' argument that the Postmates arbitration agreement is now void as to them," and that it "is merely waiting to find out whether Plaintiffs' claims will be extinguished by the *Rimler* settlement." *Id*. The Court further explained that if Plaintiffs' claims are not extinguished by the *Rimler* settlement, then "Plaintiffs may . . . file a motion for leave to file a motion for reconsideration of the Court's October 3, 2019 order." *Id.*

On February 18, 2020, the parties submitted a joint case management statement in which Plaintiffs asked the Court to grant their request to brief a motion to reconsider the Court's order granting Postmates's motion to compel arbitration. Dkt. 45. Postmates opposed. *Id*. The court granted Plaintiffs' request. Dkt. 46. Briefing on Plaintiffs' motion for reconsideration is complete, Dkts. 49, 53, 54, and the Court vacated the hearing on the motion, finding it suitable to be resolved on the papers, Dkt. 56.

On May 19, 2020, the parties filed a joint case management statement requesting the Court continue the case management conference scheduled for May to June 30, 2020, reasoning that the parties may know more regarding Plaintiffs' motion for reconsideration and the *Rimler* settlement. Dkt. 57. The Court granted the request. Dkt. 58. On June 17, 2020, the *Rimler* court denied the settlement plaintiffs' motion for preliminary approval of class settlement "without prejudice," and "encourage[d] the parties to continue settlement negotiations in hopes that they are able to present another agreement for preliminary approval." On June 26, 2020, the Court denied Plaintiffs' motion for reconsideration.

On August 10, 2020, Plaintiff Ahmed Wadsworth filed his demand for arbitration with the American Arbitration Association ("AAA"), pursuant to this Court's order compelling arbitration under the 2019 Fleet Agreement, which calls for arbitration with the AAA. Dkt. 39. In the last case management statement, the parties informed the Court that AAA had not yet accepted Plaintiff Wadsworth's demand for arbitration, and Plaintiff Devan Costa was waiting to make a decision on how to proceed pending AAA's decision on Plaintiff Wadsworth's arbitration. Dkt. 63 at 3–4. In response,

the Court ordered a case management conference for November 3, 2020 "so that the Court can resume management of the case if the AAA declines' the parties request" for AAA arbitration.  Dkt. 65. The Court informed the parties that "[i]f the AAA subsequently accepts the parties' request, the Court will grant a longer continuance." *Id*.

Since the parties' last case management statement, the AAA has accepted Plaintiff Wadsworth's case, and Plaintiff Costa has filed his demand for arbitration, which has also been accepted.

**The Parties' Position**

Both parties agree and request that the Court continue the case management conference in this case for one year—to November 2, 2021—to allow for the parties to arbitrate Plaintiffs' claims.

Dated: October 26, 2020

/s/ Marquel Reddish
Marquel Reddish (*pro hac vice*)
 mpr@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Suite 4270
Chicago, Illinois 60606
312.741.5220

Respectfully submitted

/s/ Dhananjay Manthripragada
Dhananjay Manthripragada, (#254433)
 dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

**DECLARATION OF FILER PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated  October 26, 2020                                              /s/ Marquel Reddish