| | |
|---|---|
| Ashley Keller (*pro hac vice*)<br>    ack@kellerlenkner.com<br>Marquel Reddish (*pro hac vice*)<br>    mpr@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>150 N. Riverside Plaza, Suite 4270<br>Chicago, Illinois 60606<br>Telephone: (312) 741-5220<br>Facsimile: (312) 971-3502<br><br>Warren Postman (*pro hac vice*)<br>    wdp@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>1300 I Street, N.W., Suite 400E<br>Washington, D.C. 20005<br>Telephone: (202) 749-8334<br>Facsimile: (312) 971-3502<br><br>Keith A. Custis (#218818)<br>    kcustis@custislawpc.com<br>**CUSTIS LAW, P.C.**<br>1999 Avenue of the Stars, Suite 1100<br>Los Angeles, California 90067<br>Telephone: (213) 863-4276<br><br>*Attorneys for Plaintiffs* | Theane Evangelis, (#243570)<br>    tevangelis@gibsondunn.com<br>Dhananjay S. Manthripragada, (#254433)<br>    dmanthripragada@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7250<br><br>Michele L. Maryott, (#191993)<br>    mmaryott@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>3161 Michelson Drive<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br><br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEVAN COSTA and AHMED WADSWORTH,<br><br>             *Plaintiffs*,<br><br>      v.<br><br>POSTMATES, INC.,<br><br>             *Defendant*. | No. 4:19-cv-03046-JST<br><br>**JOINT STIPULATION FOR DISMISSAL** |

The parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, including all claims stated herein against all parties, with each party to bear their own attorney's fees and costs.

Dated: June 18, 2021                                Respectfully submitted,

/s/ Marquel Reddish                                 /s/ Dhananjay Manthripragada
Marquel Reddish (*pro hac vice*)                    Dhananjay Manthripragada, (#254433)
  mpr@kellerlenkner.com                               dmanthripragada@gibsondunn.com
KELLER LENKNER LLC                                  GIBSON, DUNN & CRUTCHER LLP
150 N. Riverside Plaza, Suite 4270                  333 South Grand Avenue
Chicago, Illinois 60606                             Los Angeles, CA 90071-3197
Telephone: (312) 741-5220                           Telephone: (213) 229-7000

*Attorney for Plaintiffs*                           *Attorney for Defendants*

**DECLARATION OF FILER PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I attest that concurrence in the filing of this document has been obtained from each signatory.

Dated: June 18, 2021                                              /s/ Marquel Reddish