| | |
|---|---|
| Ashley Keller (*pro hac vice*)<br>    ack@kellerlenkner.com<br>Marquel Reddish (*pro hac vice*)<br>    mpr@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>150 N. Riverside Plaza, Suite 4270<br>Chicago, Illinois 60606<br>Telephone: (312) 741-5220<br>Facsimile: (312) 971-3502<br><br>Warren Postman (*pro hac vice*)<br>    wdp@kellerlenkner.com<br>**KELLER LENKNER LLC**<br>1300 I Street, N.W., Suite 400E<br>Washington, D.C. 20005<br>Telephone: (202) 749-8334<br>Facsimile: (312) 971-3502<br><br>Keith A. Custis (#218818)<br>    kcustis@custislawpc.com<br>**CUSTIS LAW, P.C.**<br>1999 Avenue of the Stars, Suite 1100<br>Los Angeles, California 90067<br>Telephone: (213) 863-4276<br><br>*Attorneys for Plaintiffs* | Theane Evangelis, (#243570)<br>    tevangelis@gibsondunn.com<br>Dhananjay S. Manthripragada, (#254433)<br>    dmanthripragada@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7250<br><br>Michele L. Maryott, (#191993)<br>    mmaryott@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>3161 Michelson Drive<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br><br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEVAN COSTA and AHMED WADSWORTH,<br><br>           *Plaintiffs*,<br><br>    v.<br><br>POSTMATES, INC.,<br><br>           *Defendant*. | No. 4:19-cv-03046-JST<br><br>**JOINT [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL** |

The Court, having considered the Joint Stipulation of Dismissal submitted by the parties, hereby **ORDERS** that:

This action is dismissed with prejudice, including all claims stated herein against all parties, with each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: June 21, 2021

Hon. Jon. S. Tigar
United States District Judge